THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEF-FREY D. GIBSON, Appellant.

Submitted August 23, 2010; decided August 26, 2010

Motion for assignment of counsel granted and David C. Schopp, Esq., the Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.